```
                FILED           RECEIVED
                ENTERED         SERVED ON
                       COUNSEL/PARTIES OF RECORD

                    FEB 2 5 2011

                  CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
              BY:                         DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID L. COLLINS, | 3:10-cv-697-RCJ-VPC |
| Plaintiff, | **ORDER** |
| v. | |
| CORRECTIONS CORPORATION OF AMERICA, | |
| Defendants. | |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke, (#4[1]) entered on January 26, 2011, recommending plaintiff's motion to proceed *in forma pauperis* be denied and this action be dismissed with prejudice for failure to state a claim upon which relief can be granted. Plaintiff filed his Objection to the Report and Recommendation (#5) on February 11, 2011.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#4) entered on January 26, 2011, should be adopted and accepted.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#4) entered on January 26, 2011, is adopted and accepted, and Plaintiff's Motion for Leave to Proceed *in forma pauperis* (#1) is DENIED.

IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted.

///

///

---

[1] Refers to court's docket number.

1  IT IS SO ORDERED.

2  DATED: This 25th day of February, 2011.

```
                                    _____
                                    ROBERT C. JONES
                                    UNITED STATES DISTRICT JUDGE
```